# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>$87,662.56 IN UNITED STATES CURRENCY,<br><br>   Defendant. | Civ. No. _____<br><br><br>**COMPLAINT FOR**<br>**FORFEITURE *IN REM*** |

## COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, and Surya Saxena, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.   This is a civil cause of action to forfeit and condemn U.S. Currency in the amount of $87,662.56 to the use and benefit of the United States of America for violations of 21 U.S.C. § 881(a)(6).

### THE DEFENDANT *IN REM*

2.   The defendant property consists of $87,662.56 in U.S. Currency which was seized by the New Hope Police Department on October 21, 2010, and which was subsequently seized by the United States Drug Enforcement Agency.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1355(b)(1)(B) because the defendant property was seized in and currently is being held in the District of Minnesota.  Upon the filing of this complaint, the plaintiff requests that the Clerk of Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b)(i), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395, because the defendant property is located in this district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it was furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act, constitutes proceeds traceable to such an exchange, and/or was used or intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) based on the facts set forth in the Declaration of Special Agent Warren Adamson filed in support of this Complaint and incorporated herein by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant property, that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property, that the defendant property be forfeited and condemned to the United States of America, that the plaintiff be awarded its costs and disbursements in this action, and for such other and further relief as this Court deems proper and just.

Respectfully submitted,

Dated:  3-29-11

B. TODD JONES
United States Attorney

 s/ Surya Saxena

BY:  SURYA SAXENA
Assistant United States Attorney
Attorney ID No. 339465
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
surya.saxena@usdoj.gov