# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 11-754 (RHK/JSM) |
| PLAINTIFF, | |
| V. | **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** |
| $87,662.56 IN U.S. CURRENCY, | |
| DEFENDANT, | |
| RONALD JOHN IDE, | |
| CLAIMANT. | |

---

Based on the Motion of the United States for an order granting default judgment against all unknown persons and entities having an interest in the Defendant currency who have failed to file a verified statement of claim an answer, and for a final order of forfeiture forfeiting $20,000.00 of the Defendant currency to the United States pursuant to the Stipulation for Settlement of Claim entered between the Plaintiff and Ronald John Ide; and based on all the files and records in this action, the Court finds as follows:

1.    On March 29, 2011, a verified Complaint for Forfeiture *In Rem* was filed by the United States alleging that the Defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

2.    Notice of this forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 31, 2011.

3.    Ronald John Ide filed a claim to the defendant currency and an answer to the for Complaint for Forfeiture on April 29, 2011, and May 17, 2011, respectively.

4.	No other verified statement of claim or answer to the Complaint for Forfeiture has been filed in this action, and the time for filing a verified claim and answer has expired.

5.	On September 26, 2011, the Plaintiff and Ronald John Ide entered into a Stipulation for Settlement of Claim in this action.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.	the Motion of the United States for Default Judgment and Final Order of Forfeiture (Doc. No. 18) is **GRANTED**;

2.	default judgment is entered against all unknown persons and entities having an interest in the Defendant currency who have failed to file a verified claim and answer in this proceeding;

3.	all right, title and interest in $20,000.00 of the Defendant currency is forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(6);

4.	the United States shall dispose of the $20,000.00 in accordance with law; and

5.	the United States shall return $67,662.56 of the Defendant U.S. currency to Ronald John Ide, as provided for in the Stipulation for Settlement of Claim.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 30, 2011

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge